**Joseph MILTON, Relator,**

v.

**Henry COMBS, d/b/a Property Nanny, Inc., Respondent,**

**MN Department of Human Services, intervenor, Respondent,**

**The Special Compensation Fund, Respondent.**

**No. C6–99–467.**

Supreme Court of Minnesota.

May 27, 1999.

Wayne J. Studer, Griffe & Dorshow, Chartered, Minnetonka, for appellant.

William E. Ahlberg, Ahlberg, Egan, Stewart, Friedley & Laver, Apple Valley, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 17, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
/s/Edward C. Stringer
Associate Justice